JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE, | ) Case No. CV 24-0760 FMO (PDx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MARINA PACIFIC HOTEL AND SUITES LLC, | ) |
| Defendant. | ) |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 3rd day of May, 2024.

/s/
Fernando M. Olguin
United States District Judge